IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 — CV — 03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendants.

---

### WARRANT FOR ARREST OF PROPERTY *IN REM*

---

TO: UNITED STATES MARSHALS SERVICE AND /OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the Order for Warrant for Arrest of Property In Rem issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, all the defendant property described in the Verified Complaint for Forfeiture In Rem filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

PROMPTLY TO make your return of the Warrant with the Court;

DONE at Denver, Colorado, this 27th day of December, 2010.

                GREGORY C. LANGHAM
                Clerk of the United States District Court

                By: /s/ Joulle Giavelli
                Deputy Clerk