IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-3117-ZLW-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.

## NOTICE OF ARREST AND PROCEDURE

THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:

THAT on December 22, 2010, the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for the forfeiture of the defendant property (Document 1).

THAT the United States Marshals Service executed a Warrant of Arrest of Property *In Rem* against the defendant property on January 18, 2011 (Documents 6 and 7).

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil Procedure. Any persons claiming or asserting an interest in the above-described personal property must file their Claims pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at Denver, Colorado, within thirty-five (35) days after the date of this notice, or by March 7, 2011. Their Answers to the Complaint must

be filed within twenty-one (21) days after filing their Claim. Copies of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 will be noted and forfeiture will be sought of the interest in the defendant personal property.

DATED this 31st day of January, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0353
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov