IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-3117-ZLW-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2011, a true and correct copy of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION was mailed, postage prepaid, in addition to certified mail, return receipt requested, to:

| | |
|---|---|
| Ricardo Cuevas<br>9595 Pecos Street, #538<br>Federal Heights, CO 80260 | Cert # 7008 1830 0000 6624 1806 |
| Harvey Steinberg, Esq.<br>1600 Broadway, Ste.1200<br>Denver, CO 80202<br>*Attorney for Ricardo Cuevas* | Cert # 7008 1830 0000 6624 1813 |

                                        s/Pamela D. Thompson
                                        Office of the United States Attorney