## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-3117-ZLW-CBS

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

**$10,500.00 IN UNITED STATES CURRENCY, AND**
**$1,026.00 IN UNITED STATES CURRENCY,**

       Defendants.

_____

### ENTRY OF APPEARANCE
_____

       Undersigned counsel, Harvey Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance on behalf of the Claimant, Ricardo Cuevas, in this matter.

       Dated this 7th day of March, 2011.

       Respectfully submitted,

       s/Harvey Steinberg
       Harvey A. Steinberg
       Attorneys for Ricardo Cuevas
       Springer & Steinberg, P.C.
       1600 Broadway, Suite 1200
       Denver, CO 80202
       (303)861-2800 Telephone
       (303)832-7116 Telecopier
       law@springer-and-steinberg.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 7, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha A. Paluch
Email: martha.paluch@usdoj.gov

               s/Casey Ambrose
               For Harvey Steinberg
               Attorneys for Ricardo Cuevas
               Springer & Steinberg, P.C.
               1600 Broadway, Suite 1200
               Denver, CO 80202
               (303)861-2800 Telephone
               (303)832-7116 Telecopier
               law@springer-and-steinberg.com