**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-3117-ZLW-CBS

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

**$10,500.00 IN UNITED STATES CURRENCY, AND
$1,026.00 IN UNITED STATES CURRENCY,**

       Defendants.

_____

**ENTRY OF APPEARANCE**
_____

    Undersigned counsel, Ariel Benjamin, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance on behalf of the Claimant, Ricardo Cuevas, in this matter.

    Dated this 7th day of March, 2011.

                                    Respectfully submitted,

                                    <u>s/Ariel Z. Benjamin</u>
                                    Ariel Z. Benjamin
                                    Attorneys for Ricardo Cuevas
                                    Springer & Steinberg, P.C.
                                    1600 Broadway, Suite 1200
                                    Denver, CO 80202
                                    (303)861-2800 Telephone
                                    (303)832-7116 Telecopier
                                    law@springer-and-steinberg.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 7, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha A. Paluch
Email: martha.paluch@usdoj.gov


       s/Casey Ambrose
For Ariel Z. Benjamin
Attorneys for Ricardo Cuevas
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com