UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 10-cv-3117-ZLW-CBS

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**$10,500.00 UNITED STATES CURRENCY, AND
$1,026.00 UNITED STATES CURRENCY,**

Defendants.

---

**VERIFIED STATEMENT IN INTEREST**

---

I, Ricardo Cuevas, without waiving any rights I might have pursuant to the Fifth Amendment to the United States Constitution hereby advise you of my claim and interest in the property that is the subject of the government's forfeiture, in connection with this matter. I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2011.

_Ricardo Cuevas_
Ricardo Cuevas

STATE OF COLORADO           )
                            ) ss.
COUNTY OF ~~Denver~~ Jefferson )

The foregoing Verified Statement of Interest was acknowledged before me this 4th day of March, 2011, by Ricardo Cuevas.

Witness my hand and official seal.

_Lynda M. Ahrendt_
Notary Public

My commission expires: 4/30/14

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing pleading by electronically filing into the ECF system, this ___7___ day of March, 2011.

AUSA Martha Paluch
Email: Martha.Paluch@usdoj.gov

 

*Casey Ambrose* (signature)
Casey Ambrose
For Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Ricardo Cuevas
1600 Broadway, Ste 1200
Denver, CO 80202
(303) 861-2800 Telephone
(303) 832-7116 Telecopier
cambrose@springer-and-steinberg.com