IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-3117-ZLW-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.
_____

### NOTICE OF PUBLICATION
_____

I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning February 1, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

DATED this 9th day of March, 2011.

                                                          Respectfully submitted,

                                                          JOHN F. WALSH
                                                          United States Attorney

                                        By: s/ Martha A. Paluch
                                             MARTHA A. PALUCH
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             1225 17th Street, Suite 700
                                             Denver, Colorado 80202
                                             Telephone: (303) 454-0353
                                             Fax: (303) 454-0402
                                             E-mail: Martha.Paluch@usdoj.gov