IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-ZLW-CBS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

     Defendant,

and

RICARDO CUEVAS,

     Claimant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court upon Claimant's Unopposed Motion to Stay Proceedings (*doc # 14*), filed March 24, 2011.  IT IS HEREBY ORDERED that the instant Motion is GRANTED, and judicial proceedings in the above-captioned civil action are stayed until further order of the court.

The court's Minute Order (*doc # 5*) entered January 12, 2011 remains in effect, requiring the parties to file a status report with the court every 90 days, with the first such report being due on or before April 5, 2011.

**DATED:**     March 25, 2011