IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

       Defendants.

## JOINT STATUS REPORT – APRIL 5, 2011

       COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and pursuant to this Court's March 25, 2011 Minute Order, submits the following Status Report.

       1.     The Court granted Claimant's Unopposed Motion to Stay Proceedings (Doc. 14), on March 25, 2011 (Doc. 16), due to the fact Claimant is currently facing criminal charges in Jefferson County, Colorado.

       2.     Pursuant to the Court's January 12, 2011 Minute Order (Doc. 5) requiring status reports every ninety days, the parties respectfully request that they be allowed to file a further Joint Status Report on or before July 5, 2011.

DATED this 5th day of April, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s/Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
Email: Martha.paluch@usdoj.gov
Attorney for Plaintiff


By: s/Ariel Z. Benjamin
ARIEL ZUSYA BENJAMIN
Springer & Steinberg, P.C.
1600 Broadway, #1200
Denver, CO 80202
Telephone: (303) 861-2800
Fax: (303) 832-7116
Email: abenjamin@springer-and-steinberg.com
Attorney for Claimant Ricardo Cuevas


CERTIFICATE OF SERVICE (CM/ECF)

　　I hereby certify that on April 5, 2011, I served the foregoing **JOINT STATUS REPORT - APRIL 5, 2011** by electronically filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following participants:

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
*Counsel for Claimant Ricardo Cuevas*

s/ Raisa Vilensky
FSA Data Analyst
Office of the U.S. Attorney