IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.

_____

**JOINT STATUS REPORT – JULY 5, 2011**
_____

        COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and pursuant to this Court's March 25, 2011 Minute Order, submits the following Status Report. (Doc. 16).

        1.    The Court granted Claimant's Unopposed Motion to Stay Proceedings on March 25, 2011, due to the fact Claimant is currently facing criminal charges in Jefferson County, Colorado. (Doc. 16).

        2.    Claimant's counsel, Mr. Ariel Benjamin, has confirmed that Claimant's criminal case is set for trial commencing on July 12, 2011.

        3.    The parties respectfully request that they be allowed to file their next Joint Status Report on or before September 6, 2011.

2

DATED this 5th day of July, 2011.

                    Respectfully submitted,

                    JOHN F. WALSH
                    United States Attorney

By:  s/ *Martha A. Paluch*
      MARTHA A. PALUCH
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      Email: Martha.paluch@usdoj.gov
      Attorney for Plaintiff

By:  s/ *Ariel Z. Benjamin*
      ARIEL ZUSYA BENJAMIN
      Springer & Steinberg, P.C.
      1600 Broadway, #1200
      Denver, CO 80202
      Telephone: (303) 861-2800
      Fax: (303) 832-7116
      Email: abenjamin@springer-and-steinberg.com
      Attorney for Claimant Ricardo Cuevas