IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

       Defendants.

_____

**JOINT STATUS REPORT – OCTOBER 5, 2011**
_____

      COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and pursuant to this Court's March 25, 2011 Minute Order, submits the following Status Report. (Doc. 16).

      1.    The Court granted Claimant's Unopposed Motion to Stay Proceedings on March 25, 2011, due to the fact Claimant is currently facing criminal charges in Jefferson County, Colorado. (Doc. 16).

      2.    Claimant's counsel, Mr. Ariel Benjamin, has confirmed that Claimant is set for sentencing in Jefferson County District Court on October 28, 2011.

      3.    Once Claimant is sentenced, his counsel anticipates filing forthwith a Motion to Lift the Stay currently in place.

1

DATED this 5th day of October, 2011.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: s/ *Martha A. Paluch*
>MARTHA A. PALUCH
>Assistant United States Attorney
>1225 17th Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0402
>Email: Martha.paluch@usdoj.gov
>Attorney for Plaintiff
>
>By: s/ *Ariel Z. Benjamin*
>ARIEL ZUSYA BENJAMIN
>Springer & Steinberg, P.C.
>1600 Broadway, #1200
>Denver, CO 80202
>Telephone: (303) 861-2800
>Fax: (303) 832-7116
>Email: abenjamin@springer-and-steinberg.com
>Attorney for Claimant Ricardo Cuevas

2