IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.
_____

### UNITED STATES' UNOPPOSED MOTION TO LIFT STAY
_____

        COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and hereby moves the Court to lift the stay in this case.  As grounds therefor, the United States asserts as follows:

        1.     In their October 5, 2011 Joint Status Report, the parties informed the Court that Claimant was scheduled to be sentenced in Jefferson County District Court on October 28, 2011.  Claimant was in fact sentenced on that date, to 10 years imprisonment in the Colorado Department of Corrections based upon his guilty plea to Cocca – Pattern of Racketeering.

2.      Claimant's Jefferson County District Court case was the basis for the stay entered in the instant case.  Because Claimant has now been sentenced, there is no longer need or justification for a stay in this civil forfeiture proceeding.

3.      To date, the only Claimant in this matter is Ricardo Cuevas.   In compliance with D.C.Colo.LCivR 7.1, the undersigned Assistant United States Attorney has contacted the office of claimant's counsel, Ariel Benjamin, who stated he has no objection to the instant motion.

DATED this 9th day of December, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:    s/ Martha A. Paluch
        MARTHA A. PALUCH
        Assistant United States Attorney
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Martha.paluch@usdoj.gov
        *Attorney for Plaintiff*

By:    s/ Ariel Z. Benjamin
        ARIEL ZUSYA BENJAMIN
        Springer & Steinberg, P.C.
        1600 Broadway, #1200
        Denver, CO 80202
        Telephone: (303) 861-2800
        Email: abenjamin@springersteinberg.com
        *Attorney for Claimant Ricardo Cuevas*