IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendants.
_____

**JOINT STATUS REPORT – JANUARY 3, 2012**
_____

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and pursuant to this Court's March 25, 2011 Minute Order, submits the following Status Report.  (Doc. 16).

    1.    Since the filing of the parties' Joint Status Report dated October 5, 2011 (Doc. 20), the following events have occurred:

    2.    On December 9, 2011, the United States filed an Unopposed Motion to Lift Stay, given that Claimant Ricardo Cuevas had been sentenced to 10 years imprisonment in the Colorado Department of Corrections based upon his guilty pleas to Cocca – Pattern of Racketeering and Controlled Substance Distribution charges and

1

therefore no basis existed to continue the stay in place in this civil forfeiture proceeding. (Doc. 21).

3. On December 13, 2011, the Court granted the United States' Motion and ordered that a Status Conference will take place on January 4, 2012, at 10:45 a.m. (Doc. 23).

DATED this 3rd day of January, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Martha.paluch@usdoj.gov
*Attorney for Plaintiff*


By: s/ *Ariel Z. Benjamin*
ARIEL ZUSYA BENJAMIN
Springer & Steinberg, P.C.
1600 Broadway, #1200
Denver, CO 80202
Telephone: (303) 861-2800
Email: abenjamin@springersteinberg.com
*Attorney for Claimant Ricardo Cuevas*