IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 10-cv-03117-REB-CBS    FTR - Reporter Deck - Courtroom A402
Date: January 4, 2012    Courtroom Deputy: Robin Mason

| *Parties:* | *Counsel:* |
|---|---|
| USA, | Martha Paluch |
|     Plaintiff, | |
| v. | |
| $10,500.00 UNITED STATES CURRENCY, and $1,026.00 UNITED STATES CURRENCY, | |
|     Defendants, | |
| RICARDO CUEVAS, | Ariel Benjamin |
|     Claimant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in Session:** 10:30 a.m.
Court calls case. Appearances of counsel.

Discussion regarding how the case will move forward now that the stay has been lifted. Counsel for the plaintiff advises the court that no answer has been filed by defense counsel. Parties advise the court that they are ready to move forward with setting a scheduling conference.

**ORDERED:** A Scheduling Conference is set for **January 31, 2012 at 10:45 am**. The parties shall submit a Proposed Scheduling Order **on or before January 20, 2012**. The parties shall complete a 26(f) conference **prior to January 20, 2012**.

Hearing Concluded.
**Court in recess:**     10:46 a.m.
Total time in court:     00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.