IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 10-cv-03117-REB-CBS   FTR - Reporter Deck - Courtroom A402
Date: January 31, 2012   Courtroom Deputy: Robin Mason

*Parties:*   *Counsel:*

USA,   Martha Paluch

    Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY,
and $1,026.00 UNITED STATES CURRENCY,

    Defendants,

RICARDO CUEVAS,   Ariel Benjamin

    Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 10:40 a.m.
Court calls case. Appearances of counsel.

The parties advise the court that they have reached a disposition in this case and no longer need to hold this Scheduling Conference.

**ORDERED:** On or before **February 13, 2012**, the parties shall either file a Stipulated Motion to Dismiss this case or file a Status Report informing the court as to what is going on with the case.

HEARING CONCLUDED.

**Court in recess:**     **10:43 a.m.**
Total time in court:     00:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.