IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendants.
_____

**JOINT STATUS REPORT – FEBRUARY 10, 2012**
_____

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and pursuant to this Court's direction at the January 31, 2012 Scheduling Conference, submit the following Joint Status Report.

    1.    At the last setting, Mr. Ariel Benjamin, counsel for Claimant Ricardo Cuevas, indicated he believed his client and the government were close to reaching a settlement agreement, but that he needed time to consult with Mr. Cuevas. That was accomplished and Mr. Cuevas agreed to accept the government's offer.

    2.    Within approximately a day of that decision, Mr. Benjamin was contacted by a woman named Elva Munoz who claimed to have an interest in the seized currency

1

that is the subject of this case. It is unclear at this time of the relationship, if any, of Ms. Munoz to Mr. Cuevas, and the nature of her claim is unknown.

3. Undersigned counsel received contact information for Ms. Munoz from Mr. Benjamin and called her this afternoon. Undersigned counsel first inquired as to whether Ms. Munoz was represented by counsel, and she indicated that she would be soon. Undersigned counsel gave Ms. Munoz her contact information and asked that Ms. Munoz's attorney contact undersigned counsel.

4. At this point, the United States and Mr. Cuevas are unable to finalize a settlement agreement due to the possibility of another potential claimant in this case. Accordingly, the parties request that they be allowed to file their next status report within 30 days, or by March 12, 2012. By that time, hopefully undersigned counsel will have heard from Ms. Munoz's attorney and the nature of her claim can be determined.

DATED this 10th day of February, 2012.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By:  s/ *Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Martha.paluch@usdoj.gov
    *Attorney for Plaintiff*

By:   s/ *Ariel Z. Benjamin*
ARIEL ZUSYA BENJAMIN
Springer & Steinberg, P.C.
1600 Broadway, #1200
Denver, CO 80202
Telephone: (303) 861-2800
Email: abenjamin@springersteinberg.com
*Attorney for Claimant Ricardo Cuevas*