IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

       Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this 24th day of February, 2012, true copies of the NOTICE

OF COMPLAINT FOR FORFEITURE, VERIFIED COMPLAINT FOR FORFEITURE *IN*

*REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED

STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage

prepaid, in addition to Certified Mail, Return Receipt Requested to:

William Buckley, Esq.                      Cert. # 7007 1490 0001 4784 0864
Chesler Law Firm
1343 Delaware Street
Denver, CO 80204
*Attorney for Alva Munoz*

                                        s/ *Raisa V. Pitman*
                                        FSA Data Analyst
                                        Office of the U.S. Attorney