IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendant

## CLAIM FOR RETURN OF US CURRENCY SEIZED ON 7/27/2010

COMES NOW claimant Elva Munoz, asserting an interest in $10,500.00 seized from the home she shared with her husband Ricardo Cuevas on July 27, 2010 at 9595 Pecos Street, #538, Federal Heights, Colorado.

1. The claimant claims an interest in the $10,500.00 seized at the home she shared with Ricardo Cuevas on July 27, 2010.

2. The claimant, Elva Munoz, claims an interest in the $10,500.00 because she had received a cash payment in April of 2010, from Mr. Francisco Lemus for the sale of a mobile home owned jointly by Elva Munoz and her mother. They received $14,000.00 for the sale of the mobile home and $2,000.00 for furniture and other contents of the mobile home. This payment was received in cash and kept in the bathroom of the home shared with Ricardo Quevas, her husband, and the complainant. (Marriage certificate attached hereto.)

3. This claim is signed by the claimant under the penalty of perjury and notarized by a registered notary republic

DATED at Denver, Colorado this, 15th day of March, 2012.

                                        The Law Firm of Leonard M. Chesler, P.C.
                                        Firm Name

                                        William P. Buckley, Esq.
                                        Name of Attorney

                                        4884
                                        Registration Number

1343 Delaware Street
Office Address

Denver, CO 80204
City, State, and Zip Code

303-893-8934
Office Telephone Number

Claimants Signature

Elva Munoz
14760 E. 52nd Ave.
Denver, CO 80239