IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.
_____

**JOINT STATUS REPORT – MARCH 23, 2012**
_____

      COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, Claimant Ricardo Cuevas, by and through his counsel Ariel Z. Benjamin, and Claimant Elva Munoz, by and through her counsel William P. Buckley, Esq., and pursuant to this Court's February 27, 2012 Minute Order, submit the following Joint Status Report.

      1.    Since the filing of the parties' February 10, 2012 Joint Status Report (Doc. 29), the following events have occurred.

      2.    Undersigned counsel was contacted by potential claimant Ms. Elva Munoz's attorney, Mr. William Buckley, Esq. As demonstrated by the United States' Certificate of Service, filed February 24, 2012 (Doc. 31), the United States sent via certified mail copies of the Notice of Complaint for Forfeiture (Doc. 30), and the Verified Complaint for Forfeiture *In Rem* (Doc. 1), to Mr. Buckley. The notice advised that any

1

person claiming or asserting an interest in the assets named in this forfeiture action had until March 30, 2012, to file such a claim with the Court.

3. Ms. Munoz, through counsel Mr. Buckley, filed a claim on March 21, 2012, asserting an interest in the seized currency.

4. Accordingly, the parties request that this matter be set for a scheduling conference at the Court's convenience.

DATED this 23rd day of March, 2012.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By: s/ *Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Martha.paluch@usdoj.gov
    *Attorney for Plaintiff*

By: s/ *Ariel Z. Benjamin*
    ARIEL ZUSYA BENJAMIN
    Springer & Steinberg, P.C.
    1600 Broadway, #1200
    Denver, CO 80202
    Telephone: (303) 861-2800
    Email: abenjamin@springersteinberg.com
    *Attorney for Claimant Ricardo Cuevas*

By:    s/ *William P. Buckley*
       WILLIAM P. BUCKLEY
       The Law Firm of Leonard M. Chesler, P.C.
       1343 Delaware Street
       Denver, CO 80204
       Telephone: (303) 893-8934
       Email: cheslerlawfirm@yahoo.com
       *Attorney for Claimant Elva Munoz*