IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 2 2012

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY

    Defendants

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Plaintiff.

DATED at Denver, Colorado this, 15th day of March, 2012.

The Law Firm of Leonard M. Chesler, P.C.
Firm Name

William P. Buckley, Esq.
Name of Attorney

4884
Registration Number

1343 Delaware Street
Office Address

Denver, CO 80204
City, State, and Zip Code

303-893-8934
Office Telephone Number

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY

    Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2012, true copies of the Entry of Appearance and Claim for Return of US. Currency seized on 7/27/2010, were hand delivered to: ; mailed to:

    United States District Court
    901 19th Street
    Denver, CO 80294;

    Martha A. Paluch
    Asst. United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO 80202

_____
Sherri A. Fischer,
Paralegal