IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendant

### ANSWER TO COMPLAINT FOR FORFEITURE IN *REM*

    Claimant, Elva Munoz (hereto after "Claimant") by and through her attorney, William P. Buckley, of the Chesler Law Firm, P. C., respectfully Submits this Answer to Verified Complaint for Forfeiture *In REM* in the above captioned case, and states as follows:

#### JURISDICTION AND VENUE

1. Claimant admits the allegations contained in paragraph on of the Complaint.

2. Claimant admits the allegations contained din paragraph two of the Complaint.

#### DEFENDANT PROPERTY

3. Claimant admits the allegations in paragraph three (a) of the Complaint in so far that the listed currency is the subject property of this action. The Claimant denies any interest in paragraph (b) in the Complaint.

#### FACTUAL BASIS FOR FORFEITURE

4. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph four in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

5. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph five in regards to the government's

      conduct and investigation proved in the Complaint and therefore, denies the same.

6. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph six in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same. However, the Claimant invokes her rights under the Fifth Amendment to the United States Constitution and declines to provide a response to paragraph six of the Complaint as to any conduct allegedly attributable to her. Claimant denies all remaining claims in paragraph six.

7. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph seven in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same. Claimant invokes her rights under the Fifth Amendment to the United States Constitution, and declines to provide a response to any conduct allegedly attributable to her.

8. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph eight in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same. Claimant invokes her rights under the Fifth Amendment to the United States Constitution, and declines to provide a response to any conduct allegedly attributable to her.

9. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph nine in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

10. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph ten in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

11. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph eleven in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

12. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twelve in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

13. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph thirteen in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

14. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph fourteen in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

15. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph fifteen in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

16. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph sixteen in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

17. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph seventeen in regards to the government's conduct and investigation provided in the Complaint and therefore, in part denies the same. Complainant was present during the search of her joint residence with Ricardo Quevas, located at 9595 Pecos Street, No.: 538, Federal Heights, Colorado.

18. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph eighteen in regards to the government's conduct and investigation provided in the Complaint and therefore, denies the same.

19. Claimant admits the allegations in paragraph nineteen of the Complaint in so far as it might accurately reflect the Jefferson County Colorado Case No.: and Court Docket but otherwise denies the same.

20. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty of the Complaint and therefore, denies the same.

21. Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-one of the Complaint and therefore, denies the same.

### FIRST CLAIM FOR RELIEF

22. Claimant repeats and incorporates by reference the paragraphs above.

23. Claimant denies the allegations in paragraph 23 of the Complaint.

### SECOND CLAIM FOR RELIEF

24. Claimant repeats and incorporates by reference the paragraphs above.

25. Claimant denies the allegations in paragraph 25 of the Complaint.

### THIRD CLAIM FOR RELIEF

26. Claimant repeats and incorporates by reference the paragraphs above.

27. Claimant denies the allegations in paragraph 27 of the Complaint.

### FOURTH CLAIM FOR RELIEF

28. Claimant repeats and incorporates by reference the paragraphs above.

29. Claimant denies the allegations in paragraph 29 of the Complaint.

### FIFTH CLAIM FOR RELIEF

30. Claimant repeats and incorporates by reference the paragraphs above.

31. Claimant denies the allegations in paragraph 31 of the Complaint.

### SIXTH CLAIM FOR RELIEF

32. Claimant repeats and incorporates by reference the paragraphs above.

33. Claimant denies the allegations in paragraph 33 of the Complaint.

## JURY DEMAND

34. PLAINTIFF REQUESTS A TRIAL TO A JURY

35. Any claims made by the United States in the Complaint not explicitly admitted above are hereby denied.

WHEREFORE Claimant requests that this Court enter an Order denying relief requested by the Plaintiff, entering a judgment in favor of Claimant, Ordering the return of Defendant currency to Claimant and granting such further relief as this Court deems appropriate.

Respectfully Submitted

The Law Firm of Leonard M. Chesler, P.C.
Firm Name

William P. Buckley *s/Original Signature on File*
Name of Attorney

4884
Registration Number

1343 Delaware Street
Office Address

Denver, CO 80204
City, State, and Zip Code

303-893-8934
Office Telephone Number

cheslerlawfirm@yahoo.com
E-Mail Address

<u>Certificate of Service</u>

I hereby certify that on April __9th__, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the XM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Esq.
Martha.Paluch@usdoj.gov

<u>*s/Original Signature on File*</u>
*Sherri A. Fischer,*
*Paralegal*