**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 10-cv-3117-ZLW-CBS

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**$10,500.00 UNITED STATES CURRENCY, AND
$1,026.00 UNITED STATES CURRENCY,**

       Defendants.

---

### UNOPPOSED MOTION TO WITHDRAW CLAIM

---

Claimant, Ricardo Cuevas (hereto after "Claimant"), by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer & Steinberg, P.C., respectfully withdraws his claim to the above referenced property.

**AS GROUNDS THEREFOR**, states as follows:

1. The claimant has reassessed his interest in the above referenced properties and no longer wishes to pursue a claim for their return to him. As such, the Claimant hereby moves to withdraw all claims he previously made to the property.

2. Undersigned counsel discussed the above details with the attorneys representing the other parties to this suit and has been authorized to represent the Government and Claimant Munoz do not oppose the relief requested in this motion.

**WHEREFORE**, the Claimant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 14th day of May, 2012.

Respectfully submitted,
s/Ariel Z. Benjamin
Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Ricardo Cuevas
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Martha Paluch**
Email: Martha.Paluch@usdoj.gov

**William Buckley, Esq.**
Email: cheslerlawfirm@yahoo.com

s/Casey Ambrose
Casey Ambrose
for Ariel Z. Benjamin
Springer and Steinberg, P.C.
Attorneys for Ricardo Cuevas
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com