IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

        Defendants.

_____

**JOINT MOTION TO VACATE
SCHEDULING ORDER DUE DATE AND CONFERENCE**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Elva Munoz, by and through her counsel William Buckley, and hereby move the Court to vacate the currently scheduled May 21, 2012 scheduling conference and due date of May 14, 2012, for submission of a proposed scheduling order. As grounds therefor, the parties assert as follows:

        1.     The parties have reached a settlement in this case and anticipate filing a motion for a final order of forfeiture along with the settlement agreement by the end of this month.[1]

---

[1] Claimant Ricardo Cuevas, through counsel Ariel Z. Benjamin, Esq., filed this date a motion to withdraw his claim in this case. Doc. 40.

1

2. Accordingly, the parties do not believe a scheduling conference is necessary at this time, and therefore, respectfully request that the Court vacate the conference currently scheduled for 10:45 a.m. on May 21, 2012, along with the May 14, 2012 due date for the proposed scheduling order.

DATED this 14th day of May, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Martha.paluch@usdoj.gov
*Attorney for Plaintiff*


By: s/ *William P. Buckley*
WILLIAM P. BUCKLEY
The Law Firm of Leonard M. Chesler, P.C.
1343 Delaware Street
Denver, CO 80204
Telephone: (303) 893-8934
Email: cheslerlawfirm@yahoo.com
*Attorney for Claimant Elva Munoz*