IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendants.
_____

**UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and moves for Final Order of Forfeiture of defendant property in favor of the United States. In support, Plaintiff states:

    1.    On December 22, 2010, the United States filed its Verified Complaint seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881. (Doc. 1). All of the sworn statements in the complaint established by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

    2.    Plaintiff mailed direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail return receipt requested as evidenced by the plaintiff's Certificates of Service filed with the Court on January 31, 2011 and February 24, 2012. (Doc. 9 and 31).

3. Notice of this civil forfeiture action was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning February 1, 2011, as evidenced by the Notice of Publication filed March 9, 2011.  (Doc. 13).

4. On March 7, 2011, Claimant Ricardo Cuevas filed his Verified Statement in Interest (Doc. 12) and his Answer to the Verified Complaint, (Doc. 26) on January 16, 2012, claiming an interest as to defendants $10,500.00 and $1,026.00 in United States Currency.

5. On March 21, 2012 and again on March 22, 2012, Claimant Elva Munoz filed her Claim for return of U.S. Currency (Docs. 34 and 37) and her Answer to the Verified Complaint, (Doc. 39) on April 9, 2012, claiming an interest as to defendants $10,500.00 and $1,026.00 in United States Currency.

6. On May 14, 2012, Claimant Cuevas filed an Unopposed Motion to Withdraw Claim leaving Elva Munoz as the sole claimant in the forfeiture action.  (Doc. 40)  The Motion was granted by the Court on May 15, 2012. (Doc. 44).

7. The United States and sole Claimant Elva Munoz, have reached a settlement resolving all issues in this civil forfeiture matter, and a Settlement Agreement is being filed contemporaneously herewith.  The terms agreed to by the parties are, *inter alia*, as follows:

    a. Upon entry of Final Order of Forfeiture as to defendant $10,500.00 in United States Currency, the United States shall return to Claimant Elva Munoz, $5,500.00 of defendant $10,500.00 in United States Currency.

    b. The remaining $5,000.00 of defendant $10,500.00 in United States

Currency shall be forfeited to the United States and disposed of in accordance with law.

   c. Defendant $1,026.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with the law.

   d. A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to $5,000.00 of defendant $10,500.00 and to defendant $1,026.00 in United States Currency.

 8. No other claim, answer, or responsive pleading has been filed as to defendants $10,500.00 and $1,026.00 in United States Currency. Accordingly, all potential claimants' interests in defendant property has been resolved.

 9. The facts and verification as set forth in the Complaint provide probable cause and an ample basis for a Final Judgment and Order of Forfeiture of defendant property.

 10. Upon entry of the Final Order of Forfeiture tendered herewith, all defendant property in this civil forfeiture action will be resolved.

WHEREFORE the United States moves this Court for entry of a Final Order of Forfeiture as to $5,000.00 of defendant $10,500.00 in United States Currency and defendant $1,026.00 in United States Currency in accordance with the terms and provisions of the Settlement Agreement between the United States and Claimant Elva Munoz.

The United States also respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and direct the Clerk of the Court to enter Judgment as to defendant property for the reasons set forth above.

DATED this 17th day of May, 2012.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

By: s/ *Martha A. Paluch*
     Martha A. Paluch
     Assistant United States Attorney
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: Martha.paluch@usdoj.gov
     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I served the same via regular and certified mail to the following:

| | |
|---|---|
| William P. Buckley, Esq.<br>The Law Firm of Leonard M. Chesler, P.C.<br>1343 Delaware Street<br>Denver, Colorado 80204<br>*Attorneys for Claimant Elva Munoz* | Cert # 7010 3090 0001 3928 5033 |

          s/Michelle Lockman
          Records Examiner
          Office of the U.S. Attorney

4