**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

       Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

**Blackburn, J.**

       The matter is before me on the United States' **Unopposed Motion for Final Order of Forfeiture** [#46][1] filed May 17, 2012.  After reviewing the motion and the file, I find:

       THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

       THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

       THAT the United States and Claimant Elva Munoz, through counsel William P. Buckley, Esq., have reached a settlement agreement in this case, and have filed a

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant property have been filed;

THAT forfeiture of $5,000.00 of defendant $10,500.00 in United States Currency shall enter in favor of the United States;

THAT forfeiture of defendant $1,026.00 in United States Currency shall enter in favor of the United States and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the United States' **Unopposed Motion for Final Order of Forfeiture** [#46] filed May 17, 2012, is **GRANTED**;

2. That forfeiture of $5,000.00 of defendant $10,500.00 in United States Currency and forfeiture of defendant $1,026.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the defendant property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. That the Clerk of Court is directed to enter Judgment; and

4. That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated May 18, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge