IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03117-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$10,500.00 UNITED STATES CURRENCY, and
$1,026.00 UNITED STATES CURRENCY,

    Defendants.
_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Default and Final Order of Forfeiture entered by the Honorable Robert E. Blackburn, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title of defendant property is hereby entered in favor of the United States as follows:

        a.    $5,000.00 of defendant $10,500.00 in United States Currency is hereby entered in favor of the United States;

        b.    Defendant $1,026.00 in United States Currency is hereby entered in favor of the United States.

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

Dated this 21st day of May, 2012.

                FOR THE COURT:

                GREGORY C. LANGHAM
                Clerk of the United States District Court

                By: s/ Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk